IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SHARRISSE GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-461-WKW |
| | ) | [WO] |
| PHA BODY SYSTEMS, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On June 8, 2018, Plaintiff Sharrisse Gibson and Defendant PHA Body Systems, LLC, filed a Stipulation for Dismissal with Prejudice "pursuant to Rule 41(a) of the Federal Rules of Civil Procedure." (Doc. # 26.) Because the stipulation does not meet the requirements of Rule 41(a)(1), the court construed the stipulation as a motion to voluntarily dismiss Ms. Gibson's claims against PHA by court order pursuant to Rule 41(a)(2) and ordered Ms. Johnson to show cause why the motion should not be granted. (Doc. # 27.) Ms. Johnson filed a response indicating that she has no objection to the motion and that she expected Ms. Gibson to file a motion dismissing all of her claims against Ms. Johnson. (Doc. # 29.) Ms. Gibson actually filed such a motion — Plaintiff's Unopposed Motion to Dismiss State Law Claims Against Defendant Jeanne Johnson with Prejudice pursuant to Rule 41(a)(2) (Doc. # 28) — before Ms. Johnson filed her response.

Upon consideration of these filings, it is ORDERED as follows:

1. The Stipulation for Dismissal with Prejudice filed by Plaintiff Sharrisse Gibson and Defendant PHA Body Systems, LLC (Doc. # 26), which has been construed as a motion to dismiss Ms. Gibson's claims against PHA with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (Doc. # 27), is GRANTED, and Ms. Gibson's claims against PHA are DISMISSED with prejudice;

2. Plaintiff's Unopposed Motion to Dismiss State Law Claims Against Defendant Jeanne Johnson with Prejudice (Doc. # 28) is GRANTED, and Ms. Gibson's claims against Ms. Johnson are DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 27th day of June, 2018.

           /s/ W. Keith Watkins
    CHIEF UNITED STATES DISTRICT JUDGE